1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RAUL JUNIOR DIAZ,

            Petitioner,

    v.

R.L. GOWER,

            Respondent.

**Case No. CV 15-05181 SJO (RAO)**

**JUDGMENT**

    Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  April 27, 2016.

_S. James Otero_

_____

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE